### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA

**DANIEL LUGO**

                              **Case No. 1:22-cv-00101-RH-GRJ**

        Plaintiff,

v.

**ISLAND RESORT MANAGEMENT, LLC**

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Island Resort Management, LLC ("Defendant"), respectfully moves for an extension of time up to and including July 27, 2022, to respond to Plaintiff's Complaint, and state the following in support:

1.      On May 9, 2022, Plaintiff filed the Complaint (Doc. 1).

2.      On June 15, 2022, the Defendant was served with the Complaint, making the response deadline July 6, 2022.

3.      Defendant only recently retained counsel in this matter.

4.      Defendant and their counsel are in the process of reviewing Defendant's files to formulate an appropriate response to the Complaint. However, due to the recency of the undersigned's retention, Defendant and their

1

counsel respectfully request additional time to allow them to complete this process.

5.      Defendant has conferred with Plaintiff's counsel about an extension of time to respond to the Complaint and Plaintiff has no objection.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff. In fact, Plaintiff agrees to the proposed extension.   Permitting the extension will enable Defendant to develop a response to the allegations in the Complaint following analysis of the relevant files and possibly discuss early resolution of the case. For these reasons, Defendant requests that the Court extend the deadline to respond to the Complaint.

## LOCAL RULE 7.1(C) CERTIFICATION

Defendant certifies that they have conferred with Plaintiff's counsel regarding this motion and that Plaintiff does not oppose the requested relief.

WHEREFORE, Defendant, Island Resort Management, LLC, respectfully requests an extension of time up to and including July 27, 2022, to respond to Plaintiff's Complaint.

www.spirelawfirm.com

Dated this  6th day of July, 2022.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
jesse@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, LEE D. SARKIN, Esq., 4700 N.W. Boca Raton Blvd, Ste. 302, Boca Raton, Florida 33431, Telephone (561) 994-6922, LSarkin@aol.com; drewmlevitt@gmail.com.

*/s/ Jesse I. Unruh*
Attorney

3

www.spirelawfirm.com