# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

**DANIEL LUGO**

                            **Case No. 1:22-cv-00101-RH-GRJ**

        Plaintiff,

v.

**ISLAND RESORT MANAGEMENT, LLC**

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Daniel Lugo, ("Plaintiff") and Defendant, Island Resort Management, LLC ("Defendant") by and through their undersigned counsel, respectively, hereby file this Joint Notice of Settlement and advise this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

DATED this 22nd day of July, 2022.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Respectfully submitted,

| | |
|---|---|
| */s/ Jesse I. Unruh* <br> Jesse I. Unruh, Esq. <br> Florida Bar No. 93121 <br> Spire Law, LLC <br> 2752 W. State Road 426, Suite 2088 <br> Oviedo, Florida 32765 <br> Telephone: (407) 494-0135 <br> E-Mail: jesse@spirelawfirm.com <br> sarah@spirelawfirm.com <br> filings@spirelawfirm.com <br><br> *Attorneys for Defendant* | *By: Drew M. Levitt* <br> Drew M. Levitt, Esq. <br> Florida Bar No: 782246 <br> Lee D. Sarkin, Esq. <br> Florida Bar No. 962848 <br><br> 4700 N.W. Boca Raton Blvd, Ste. 302 <br> Boca Raton, Florida 33431 <br> Telephone (561) 994-6922 <br> E-Mail: LSarkin@aol.com; <br> drewmlevitt@gmail.com <br> LSarkin@aol.com <br><br> *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby Certify that on this 22nd day of July, 2022., the foregoing was electronically filed with the Court by using the Northern District of Florida CM/ECF portal, which will send a notice of electronic filing to: DREW M. LEVITT, ESQ and LEE D. SARKIN, Esq., 4700 N.W. Boca Raton Blvd, Ste. 302, Boca Raton, Florida 33431, Telephone (561) 994-6922, LSarkin@aol.com; drewmlevitt@gmail.com.

*/s/ Jesse I. Unruh*
Attorney