# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

DANIEL LUGO,

    Plaintiff,

v.                              CASE NO. 1:22cv101-RH-MAF

ISLAND RESORT MANAGEMENT, LLC,

    Defendant.

_____/

## ORDER FOR DISMISSAL

The parties have filed a joint notice indicating this case has been settled. ECF No. 8. Accordingly,

IT IS ORDERED:

1. The parties must comply with their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed

with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement."

     5. The clerk must close the file.

     6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

     SO ORDERED on July 26, 2022.

s/Robert L. Hinkle  
United States District Judge
